be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JAMES H. BRAND, Respondent, v. FRANCES HANAN BRAND, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Date of examination to be fixed in order. Order to be settled cn notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, by the Corporation Counsel, Respondent, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made for the Discontinuance and Closing of West One Hundred and Fifty-first Street, from the Easterly Side of Riverside Drive Extension to the United States Bulkhead Line, Hudson River, in the Twelfth Ward, Borough of Manhattan, City of New York. MORGAN J. O'BRIEN and Another, as Executors, etc., of FRANCIS HIGGINS, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HICKSON, INC., Appellant, v. H. MILGRIM AND BROS., INC., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ERNEST J. M. THOMSON, Appellant, v. THE FAIRBANKS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FANNY MILLER, as Administratrix, etc., Appellant, v. METROPOLITAN DISTRIBUTORS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

RUTHERFURD REALTY COMPANY, Respondent, v. ALWOLD REALTY COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SANTINA NATALE, Appellant, v. GIUSEPPE NATALE, Respondent.— Order affirmed, without costs, with leave to renew on further evidence. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ELKHORN VALLEY COAL-LAND COMPANY, Respondent, v. EMPIRE COAL AND COKE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Time for taking deposition to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application for a Writ of Mandamus by MOSES KIRITZ, Appellant, against JOHN T. FETHERSTON, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THE CITY OF NEW YORK, Respondent, v. THEODORE FICKE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.